IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED INDICTMENT |
| v. | Case No. 23-cr-48-wmc |
| CALVIN M. HENDERSON, SR., | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about January 26, 2023, in the Western District of Wisconsin, the defendant,

CALVIN M. HENDERSON, SR.,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce three handguns: a Kahr CM9 9mm; a Ruger 9mm; and a Glock 19, and Winchester 9mm ammunition, said firearms and ammunition having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this indictment, the defendant,

CALVIN M. HENDERSON, SR.,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a Kahr CM9 9mm handgun, a Ruger 9mm handgun, a Glock 19 handgun, and 9mm ammunition.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 5/17/23

_____
TIMOTHY M. O'SHEA
United States Attorney