

**FITCHBURG POLICE DEPARTMENT**
5520 Lacy Road
Fitchburg, WI 53711
608.270.4300
www.fitchburgwi.gov/police

Case Narrative for FP23-02134 (01/26/23 14:50)                    Printed on January 30, 2023

## Supplemental Report By Jordan Trundle
**SUPPLEMENT 12 - Contact at 2401 Post Road #207**
**Case #FP23-02134**
**Typed By Valarie Clement**

**INITIAL INFORMATION**

On January 26, 2023, I was working as a detective for the City of Fitchburg Police Department. I was working on an ongoing drug investigation at 2401 Post Road, apartment #207.

**CONTACT AT 2401 POST ROAD, APARTMENT #207**

After a little over a month of investigating a weapons violation and potential drug activity related to 2401 Post Road, #207, and interviews that were conducted on January 26, 2023, I wrote a Search Warrant for the residence of 2401 Post Road, #207. The Dane County Tactical Response Team was requested to assist in the execution of the Search Warrant and arrest of individuals involved in those investigations, due to the probable presence of firearms and dangerous individuals.

While we were conducting surveillance, officers eventually had contact at 2401 Post Road, #107, which was believed to be connected in the investigation to apartment #207. The occupants of apartment #107 were being cooperative and provided officers consent to search that residence. At this time, there were now officers inside of the building. Due to law enforcement presence inside the building and in contact with #107 which was now the believed to be related to this investigation and connected to the activity of #207 it was determined there was enough law enforcement personnel in place to initiate a knock at apartment #207. At this time, the warrant was still being written and was almost in the process of being sent to a Dane County Judge to be reviewed and signed.

These discussions were had between Lieutenant Hartwick and I and then relayed to Lieutenant Simpson, of the Dane County Sheriff's Office. Lieutenant Simpson reports they began to knock at the door at approximately 2:57 p.m. and had contact with Calvin Henderson. Lieutenant Simpson reports when contact was made with Calvin Henderson, Calvin provided law enforcement consent to enter the residence. At this time, Lieutenant Simpson stated they then conducted a protective sweep of the residence and maintained standing inside of the residence.

I was informed by Lieutenant Hartwick that personnel who conducted a protective sweep were able to see firearm accessories such as magazines, and bullets inside of the residence in plain view. They also reported to seeing what appeared to be digital scales and a white powdery substance near a toilet, it was believed drugs were potentially flushed down the toilet while law enforcement was outside of the apartment door. Lieutenant Hartwick informed me that Detective Wiza was conducting standing inside of the apartment until a Dane County Judge signed the warrant and no one started searching the residence.

A copy of the report from the Dane County Sheriff's Office was placed into the case folder.

**NO FURTHER ACTION TAKEN**

**DETECTIVE JORDAN R. TRUNDLE**
**JRT/vlc**
**23-02134**
**01/28/23**