

U.S. Department of Justice

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 W. Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

July 10, 2023

Attorney Elizabeth Blair
Federal Defender Services of Wisconsin Inc.
22 East Mifflin St – Suite 1000
Madison, WI 53703

    Re:    *United States of America v. Calvin M. Henderson, Sr.*
           Case No: 23-cr-48-wmc

Dear Attorney Blair:

    Enclosed please find a USB drive containing additional discovery in this case. As noted on the device, this USB drive is the property of the U.S. Attorney's Office. At your earliest convenience, please return the USB drive to the U.S. Attorney's Office, attention Bridget Fitzgerald. The additional discovery is listed on the provided discovery log. The Bates labeling ranges from HENDERSON_001317 to HENDERSON_001639.

    If you have any questions regarding this matter, please do not hesitate to contact me.

                                             Very truly yours,

                                             TIMOTHY M. O'SHEA
                                             United States Attorney

                                             By: <u>/s/                     </u>
                                                 COREY C. STEPHAN
                                             Assistant United States Attorney

Enclosure