

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

Telephone 608/264-5158
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

September 21, 2023

Magistrate Judge Stephen L. Crocker
United States Courthouse
120 North Henry Street
Madison, WI 53703

    Re:    *United States of America v. Calvin M. Henderson, Sr.*
            Case No.  23-cr-48-wmc

Dear Magistrate Judge:

    The parties anticipate the motion to suppress will be dispositive in this case. Accordingly, after consultation with Attorney Blair, the defense has no objection to the government's request for a continuance of the government's audio-visual notice due today.

                      Very truly yours,

                      TIMOTHY M. O'SHEA
                      United States Attorney

                      By: /s/
                      COREY C. STEPHAN
                      Assistant United States Attorney